UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60668-CIV-GOLD/TURNOFF

**EAGLETECH COMMUNICATIONS INC., et al.,**

    **Plaintiffs,**

v.

**CITIGROUP, INC., et al.,**

    **Defendants.**

_____/

### ORDER GRANTING MOTION TO REQUIRE COMPLIANCE WITH BRIEFING SCHEDULE; TREATING MOTION BY TOWER EQUITIES AS TIMELY FILED

THIS CAUSE comes before the Court on Plaintiff's Motion to Require Compliance with Briefing Schedule [DE 138] filed on March 17, 2008. In this Motion, Plaintiffs note that Defendant Tower Equities filed its Motion to Dismiss on March 3, 2008 on issues subject to the Phase I briefing schedule set out in my prior order. In that order [DE 127] docketed on January 28, 2008, Defendants were required to file their motion to dismiss on or before February 25, 2008, Plaintiffs are required to file their response on or before March 26, 2008, and Defendants are required to file their reply on or before April 25, 2008.

Having reviewed the Motion and the case file, I grant Plaintiffs' Motion and I clarify that all Defendants must follow the briefing schedule set out in my prior order [DE 127] for Phase I motions to dismiss. Although Tower Equities filed an untimely Motion, I will treat it as timely filed, and Plaintiffs shall respond to the Motion by Tower Equities by March 26, 2008. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion [DE 138] is GRANTED. All Defendants must follow the briefing schedule for Phase I motions to dismiss.

DONE and ORDERED in Chambers at Miami, Florida, this 19 day of March, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge William C. Turnoff
Counsel of Record