UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60668-CIV-GOLD/MCALILEY

EAGLETECH COMMUNICATIONS, INC., et al.,

    Plaintiffs,

v.

CITIGROUP, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE comes before the Court on Plaintiff's Motion [DE 148] for an enlargement of time to serve the remaining Defendants under Federal Rule of Civil Procedure 4(m). Plaintiffs request an additional 90 days to complete service of process. Having considered the Motion, I will grant the requested enlargement of time. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. The Motion [DE 148] is GRANTED.

2. The time for Plaintiffs to complete service of process under Rule 4 shall be enlarged by an additional 90 days.

DONE AND ORDERED in Chambers in Miami, Florida this 6 day of May, 2008.

                              THE HONORABLE ALAN S. GOLD
                              UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris McAliley
All counsel of record