UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60668-CIV-GOLD/MCALILEY

Eagletech Communications Inc., et al.,

    Plaintiffs,

V.

CITIGROUP, INC., et al.,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY

THIS CAUSE, having come before the Court on Plaintiffs' Motion for Leave to File Surreply [DE 152] to Motion to Dismiss, and the Court being advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion [DE 152] is GRANTED. Plaintiffs are granted leave to file a Surreply of not more than four pages.

DONE and ORDERED in Chambers at Miami, Florida, this 23 day of May, 2008.

_____
HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record