UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 07-60668-CIV-GOLD/McALILEY

EAGLETECH COMMUNICATIONS INC., et al.,

    Plaintiffs,

v.

CITIGROUP, INC., et al.,

    Defendants.
_____/

## ORDER SETTING BRIEFING SCHEDULE

THIS CAUSE comes before the Court on Plaintiffs' Status Report and Request for Briefing Schedule as to Defendant Tonino Labella [DE 178]. In their Report, Plaintiffs advise the Court that they intend to proceed with the Federal RICO Claims against Tonino Labella. Accordingly, pursuant to my previous orders, Labella shall have 45 days, until September 29, 2008,[1] to file a Motion to Dismiss challenging Plaintiff's pleading.[2] If such motion is filed, Plaintiffs must file their Response on or before December 1, 2008; Labella's Reply will be due on or before January 5, 2009. Upon the filing of the motion, I will schedule oral argument by separate order, if necessary.

As discussed in previous orders and per the parties' agreement, the Phase II motion

---

[1] Pursuant to the mailbox rule, a prisoner's pleading is deemed filed when executed and delivered to prison authorities for mailing.

[2] I note that Labella is the only Defendant remaining in this case, and that Counts I and II, the Federal RICO claims as plead against Labella, are the only remaining viable claims; all other claims have either been adjudicated or remanded to state court. Therefore, if Labella decides to file a motion to dismiss, the motion should only discuss Counts I-II.

should address pleading deficiencies of the federal RICO claims. (*See* DE 122, 123, 127). In addition, in light of the fact that only one Defendant and two counts remain, Labella may include his arguments on the statutes of limitations that apply to Plaintiffs' claims.

DONE AND ORDERED in Chambers, at Miami, Florida, this 15th day of August, 2008.

_____
THE HONORABLE ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record

From chambers via U.S. Mail:
Tonino Labella, pro se
CI Moshannon Valley, Inmate No. 06-21-2009
Correctional Institution
555 I Cornell Drive
Philipsburg, PA 16866